IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02996-CBS

ROBERT L. SCHOENGARTH II,

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Craig B. Shaffer on April 14, 2015 , incorporated herein by reference, it is

      ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

      FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff,  Robert L. Schoengarth II.  It is

      FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear his own fees and costs.

      DATED at Denver, Colorado this 14th  day of April , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
Deputy Clerk